JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY CELINE, INC. | Case No. CV 10-8298 DSF (RZx) |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| PAK INTERNATIONAL, INC., et al. | |
| Defendants. | |

    The Court having previously issued an Order Re Dismissal Under Rule 41(a) and Defendant not having responded,

    IT IS ORDERED AND ADJUDGED that this action be dismissed.

DATED: March 25, 2011

_____
DALE S. FISCHER
United States District Judge